130 A.3d 1281

Frank James CAPOZZI, Sr. and Krisandra
Lee Capozzi, Petitioners

v.

COMMON PLEAS COURT OF LUZERNE
COUNTY, Respondent.

No. 187 MM 2015.

Supreme Court of Pennsylvania.

Jan. 27, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.